UST-31, 3/03

S. William Manera, Chapter 7 Trustee
P.O. Box 44350
Phoenix, AZ 85064
(602) 795-2796
(602) 795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| TERRY R. PRICE | ) | CASE NO. 09-24849-PHX CGC |
| VERONICA A PRICE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

    S. William Manera, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 1 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 3226<br>Englewood, CO 80155 | $0.37 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $4.43 |
| 13 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $3.00 |
| 2 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>PO Box 3978<br>SEATTLE, WA 98124 | $2.94 |
| 3 | DESERT SCHOOLS FCU<br>PO BOX 2945<br>PHOENIX, AZ 85062 | $0.77 |

| | | |
|---|---|---|
| 9 | CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $3.89 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $15.40 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| December 10, 2010 | /s/ S. William Manera |
| Date | S. William Manera |